# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## NORTH CAROLINA
### 1:16-cv-227

William Antoine Jasper,

        Petitioner,

V

Pat McCory,

        Respondent.

ORDER

Petitioner William Antoine Jasper brings this action under 28 U.S.C. §2254, Petition for Writ of Habeas Corpus.

In reviewing Plaintiff's complaint, it appears the incident giving rise to this action occurred in Nash County, which is located in the Eastern District of North Carolina.

Therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, IT IS HEREBY ORDERED that the entire record of this proceeding be and the same is hereby transferred to the United States District Court for the Eastern District of North Carolina.

So ORDERED, this 22nd day of July, 2016.

Signed: July 22, 2016

Frank G. Johns, Clerk
United States District Court